| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | DENNIS G. ROLSTAD  Bar No. 150006 |
|   | ERIN A. CORNELL  Bar No. 227135 |
| 3 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
|   | dennis.rolstad@sdma.com |
| 6 | |
|   | Attorneys for Defendants |
| 7 | ABM INDUSTRIES INCORPORATED SHORT TERM |
|   | AND LONG TERM DISABILITY PLAN and HARTFORD |
| 8 | LIFE AND ACCIDENT INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SILVIO OBREGON, | CASE NO. C 08-04507 VRW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ABM INDUSTRIES INCORPORATED SHORT TERM AND LONG TERM DISABILITY PLAN; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff SILVIO OBREGON and defendants ABM INDUSTRIES INCORPORATED SHORT TERM AND LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, through their respective attorneys of record herein, that this entire action, including the complaint, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED: April 20, 2009           THE LAW OFFICE OF STEVEN M. CHABRE


By: s/Steven M. Chabre
Steven M. Chabre
Attorneys for Plaintiff
SILVIO OBREGON

SF/1584176v1

-1-      CASE NO. C 08-04507 VRW

STIPULATON RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

DATED: April 21, 2009         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendants
ABM INDUSTRIES INCORPORATED SHORT TERM AND LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

s/Dennis G. Rolstad
Dennis G. Rolstad

**ORDER**

IT IS SO ORDERED.

DATED: April 28, 2009

HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

SF/1584176v1

-2-     CASE NO. C 08-04507 VRW
STIPULATON RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE